In the Matter of the Application of BROOKLYN BAR ASSOCIATION in Respect of ANTON WEIDMANN, an Attorney and Counselor at Law, Respondent.— in view of the decisions herein dated July 7, 1939, and October 31, 1939, opening respondent's default, amending the petition by inserting additional charges and referring such charges to Hon. Isaac M. Kapper, official referee, the motion to confirm the report of said official referee, dated June 1, 1939, is dismissed. [See 258 App. Div. 747.] Present — Lazansky, P. J., Carswell, Johnston, Adel and Taylor, JJ. [See *ante*, p. 817.]

GEORGE KAMINSKY, Respondent, v. AMERICAN NEWSPAPERS, INC., Appellant. — Motion for leave to appeal to the Court of Appeals granted. [See 258 App. Div. 1078.] Present — Lazansky, P. J., Hagarty, Adel, Taylor and Close, JJ.

RAYMOND LEVINE, Respondent, v. LEHIGH VALLEY RAILROAD COMPANY, Appellant.— Motion for leave to appeal to the Appellate Division denied, with ten dollars costs. Present — Lazansky, P. J., Carswell, Johnston, Adel and Close, JJ.

HORATIO J. LEVY, Respondent, v. HARRY NIKLAD, Appellant.— Motion for reargument denied, with ten dollars costs. Motion for leave to appeal to the Court of Appeals denied. Present — Lazansky, P. J., Hagarty, Adel, Taylor and Close, JJ.

JEWEL MILLS, Respondent, v. JACOB J. GABRIEL, Appellant.— Motion for leave to appeal to the Court of Appeals granted. [See *ante*, p. 60.] Present — Lazansky, P. J., Hagarty, Adel, Taylor and Close, JJ.

HAROLD G. MOODY, Doing Business under the Trade Name and Style of MOODY BRICK & CLAY COMPANY, Respondent, v. TOMASELLO CONSTRUCTION CORP., Appellant.— Motion for leave to appeal to the Court of Appeals denied. Present — Lazansky, P. J., Hagarty, Adel, Taylor and Close, JJ.

JOHN L. STEINBUGLER, Respondent and Appellant, v. WILLIAM C. ATWATER & Co., INC., Appellant and Respondent.— Motion for reargument denied, with ten dollars costs. Motion for leave to appeal to the Court of Appeals denied. Present — Lazansky, P. J., Hagarty, Adel, Taylor and Close, JJ.

HERBERT STRAUSS and ARTHUR S. WESTERFELD, Doing Business under the Firm Name and Style of HERBERT'S MARKET, Appellants, v. GUSTAVE STEINER, as President, and JULIUS I. TERKELTOUB, as Treasurer, of the Amalgamated Meat Cutters Union of Brooklyn, Queens and Long Island, Local 342, Respondents.— Motion for leave to appeal to the Court of Appeals denied. Present — Lazansky, P. J., Hagarty, Adel, Taylor and Close, JJ.

SYLVIA SUFFIN, Appellant, v. M. BINKOVITZ & SONS, INC., and Others, Respondents.— Motion for reargument denied, with ten dollars costs. Motion for leave to appeal to the Court of Appeals denied. Present — Lazansky, P. J., Hagarty, Adel, Taylor and Close, JJ.

KATHRYN G. TREACY, Appellant, v. F. W. WOOLWORTH Co., Respondent.— Motion for reargument denied, with ten dollars costs. Motion for leave to appeal to the Court of Appeals denied. Motion for stay denied. Present — Lazansky, P. J., Hagarty, Adel and Taylor, JJ.; Close, J., not voting.